**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00302-CMA-01

UNITED STATES OF AMERICA,

 Plaintiff,

v.

**1. SAM JAHANI,** and
2. ERIC A. PEPER,

 Defendants.

---

**ORDER REGARDING RESTRICTED FILING OF
ORDER REGARDING APPOINTMENT OF CJA COUNSEL**

---

  This matter is before the Court *sua sponte* regarding this Court's Restricted Order (Doc. # 67), which Order contains several references to Defendant Jahani's financial circumstances. Because of the possible sensitivity of such information, the Court has sealed that Order under a Level 3 Restriction. Defendant Jahani shall have <u>seven days from the date of this Order</u> to file any objection he may have to the public disclosure of this information. If an objection is timely filed, Doc. # 67 will remain UNDER SEAL until further order of this Court. If no objection is filed, Doc. # 67 will be automatically UNSEALED and will become <u>a public document</u>.

  DATED: December __14__, 2011

                BY THE COURT:

                */s/ Christine M. Arguello*
                _____
                CHRISTINE M. ARGUELLO
                United States District Judge